**FILED**

06/16/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0227

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 22-0227

STATE OF MONTANA,

      Plaintiff and Appellee,

v,

                                         O R D E R

KRISTI DIFULVIO,

      Defendant and Appellant.

This Court reviews briefs to ensure compliance with Rules 11 and 12 of the Montana Rules of Appellate Procedure. After reviewing the Appellant's Opening brief filed electronically on June 15, 2022, this Court has determined that the brief does not comply with Rule 12 and must be supplemented as provided below.

Pursuant to M. R. App. P. 12(1)(i), appellants must attach to an opening brief an "appendix that includes the relevant judgment, order(s), findings of fact, conclusions of law, jury instruction(s), ruling(s), or decision(s) from which the appeal is taken together with any written memorandum or rationale of the court." Appellant Kristi Difulvio's Opening Brief did not include an appendix or the relevant document(s). Accordingly, while the Court accepts filing of her Opening Brief, the Court orders Difulvio to file an appendix including the relevant document(s) from which she appeals.
Therefore,

IT IS ORDERED that the Appellant shall electronically file with the Clerk of this Court an appendix including the relevant document(s) from which her appeal is taken within ten (10) days of the date of this Order with the Clerk of this Court.

The Clerk is directed to provide a true copy of this Order to the Appellant and to all parties of record.

Electronically signed by:
James Jeremiah Shea
Justice, Montana Supreme Court
June 16 2022